**Order entered December 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

### DASPIT LAW FIRM, PLLC, Appellant

### V.

### ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

The reporter's record in this appeal, consisting of the transcript of an April 29, 2019 hearing, was filed July 23, 2019. On October 11, 2019, after appellees filed a motion informing the Court the record was incomplete, we ordered court reporter Janet E. Wright to file a supplemental reporter's record containing Plaintiff's Exhibit 1 and Defendants' Exhibit 1, both of which were admitted into evidence at the April 29th hearing. The record was to be filed no later than October 21, 2019. When it was not filed by that date, we ordered it to be filed by November 7, 2019 and when it still had not been filed by that date, we ordered it be filed by December 2, 2019. Our order directing it be filed by December 2nd cautioned Ms. Wright that failure to comply could result in an order that she not sit until the supplemental record is filed.

To date, however, the record has not been filed and Ms. Wright has not otherwise communicated with the Court.

Because this appeal is accelerated and cannot proceed without a complete record, we **ORDER** Ms. Wright to file the supplemental reporter's record containing the two exhibits admitted at the April 29th hearing no later than January 2, 2020. We further **ORDER** that Ms. Wright not sit as a reporter until she has filed the record.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; the Dallas County Auditor's Office; and, the parties.

/s/    ERIN A. NOWELL
        JUSTICE